JS-6/ENTER

FILED
CLERK, U.S. DISTRICT COURT
JUN - 8 2009
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| GABRIEL ANTHONY LEON, | Case No. SACV 09-00323 R (AN) |
| Petitioner, | **JUDGMENT** |
| v. | |
| HEDGEPATH, | |
| Respondent. | |

IT IS HEREBY ADJUDGED AND DECREED THAT the petition for a writ of habeas corpus is dismissed with prejudice for the reasons set forth in the accompanying Memorandum and Order.

DATED: June 8, 2009

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUN - 8 2009
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY