JS - 6

*FILED - SOUTHERN DIVISION*
*CLERK, U.S. DISTRICT COURT*
*OCT 19 2012*
*CENTRAL DISTRICT OF CALIFORNIA*
*BY          DEPUTY*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| GABRIEL A. LEON, | Case No. SACV 09-00323 R (AN) |
| Petitioner, | JUDGMENT |
| v. | |
| HEDGEPATH, Warden, | |
| Respondent. | |

IT IS HEREBY ADJUDGED AND DECREED THAT this action is dismissed with prejudice.

Dated: October 19, 2012

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

*ENTERED - SOUTHERN DIVISION*
*CLERK, U.S. DISTRICT COURT*
*OCT 19 2012*
*CENTRAL DISTRICT OF CALIFORNIA*
*BY          DEPUTY*